UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KEITH RENALDO IRVING,

    Plaintiff,

        v.

CHRISTINE BROWN, VIPIN K. SHAH, M.D.,
BRINDA GAYLE, DONALD GAETZ and JANE
DOE NURSE MS. LUCAS,

    Defendants.

Case No. 12-cv-702-JPG-PMF

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court

having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.


**DATED: January 16, 2013**        **NANCY J. ROSENSTENGEL, Clerk of Court**
        **s/Jina Hoyt, Deputy Clerk**



**Approved:**    s/J. Phil Gilbert
        **J. PHIL GILBERT**
        **DISTRICT JUDGE**